# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICHARD A. NORTON JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:12CV3210** |
| | ) | |
| V. | ) | |
| | ) | |
| **BOARD OF REGENTS OF THE** | ) | **ORDER** |
| **UNIVERSITY OF NEBRASKA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Today, the undersigned held a telephone conference with counsel of record to discuss certain progression deadlines in this case. In accordance with the discussion had with counsel, the following deadlines are hereby established:

1. Plaintiff shall file mandatory disclosures by or before January 22, 2013.

2. The parties may now commence limited discovery regarding possible class certification. This initial discovery must be completed by or before March 1, 2013.

3. Plaintiff shall file his motion for class certification by or before May 17, 2013.

4. Defendant shall file its motion for partial summary judgment by or before May 17, 2013.

Following rulings on Plaintiff's anticipated motion for class certification and Defendant's motion for partial summary judgment, the Court will reset the deadline for submission of a Rule 26(f) report.

**IT IS SO ORDERED.**

**DATED December 19, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**