# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICHARD A. NORTON JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3210 |
| | ) | |
| V. | ) | |
| | ) | |
| **BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Unopposed Motion to Change the Place of Trial (filing 24). Upon consideration of the matter, the Motion will be granted.

Accordingly,

**IT IS ORDERED** that trial of this matter will commence, at the Court's call, during the week of April 22, 2014, in Lincoln, Nebraska, before the Honorable Laurie Smith Camp, Chief United States District Judge.

**DATED July 16, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**