IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD A. NORTON, JR., | CASE NO. 4:12-CV-03210 |
| Plaintiff, | |
| vs. | JOINT STIPULATION FOR DISMISSAL |
| THE BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | |
| Defendant. | |

The undersigned counsel for the parties jointly stipulate to the dismissal of this case with prejudice, each party bearing his or its own fees and costs.

Respectfully submitted,

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA,

By:

_____
John C. Wiltse
Bar Number 16689
Counsel for Defendant(s)
University of Nebraska
3835 Holdrege Street, Rm 237
Lincoln, NE 68583-0745
Telephone: (402) 472-1201
Facsimile: (402) 472-2038
Email: jwiltse@nebraska.edu

RICHARD A. NORTON, JR.,

By:

_____
Kathleen M. Neary
Bar Number 20212
Counsel for Plaintiff
Vince Powers & Associates
411 South 13th Street, Suite 300
Lincoln, NE 68508-4936
Telephone: (402) 474-8000
Facsimile: (402) 474-5006
Email: kathleen@vpowerslaw.com

Page 1 of 2

## CERTIFICATE OF SERVICE

    I hereby certify that on January 15th, 2014, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to Plaintiff's Counsel, Kathleen M. Neary, kathleen@vpowerslaw.com.

                                                          s/John C. Wiltse_____

2014 0115 Joint Stipulation for Dismissal