IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD A. NORTON, JR., | |
| Plaintiff, | 4:12-CV-3210 |
| vs. | |
| THE BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | JUDGMENT |
| Defendant. | |

Pursuant to the parties' joint stipulation for dismissal (filing 34), this case is dismissed, with prejudice, each party to bear its own costs and attorney fees.

Dated this 16th day of January, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge